Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                              Case No.: 18−21277−JKS
                              Chapter: 13
                              Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Eddie Vasquez | Ana Antonia De Vasquez |
| aka Edilio Vasquez, dba La Imperial Cargo | aka Ana Vasquez |
| Express Corp. | 212 61st Street |
| 212 61st Street | West New York, NJ 07093 |
| West New York, NJ 07093 | |

Social Security No.:
  xxx−xx−2268                                        xxx−xx−8395

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
    Debtor and Joint Debtor was entered on June 25, 2018.

    Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: June 25, 2018
JAN: zlh

                                                                                     Jeanne Naughton
                                                                                     Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Eddie Vasquez
Ana Antonia De Vasquez
      Debtors

Case No. 18-21277-JKS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jun 25, 2018
                      Form ID: 148     Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2018.
```
db/jdb         +Eddie Vasquez,    Ana Antonia De Vasquez,    212 61st Street,    West New York, NJ 07093-2904
517571801      +CW NEXUS CREDIT CARD HOL,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 25 2018 23:36:51     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 25 2018 23:36:48     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517571802       EDI: BANKAMER.COM Jun 26 2018 03:13:00      BANK OF AMERICA,   PO BOX 982238,
                 EL PASO, TX 79998
517571800      +EDI: CHASE.COM Jun 26 2018 03:13:00      CHASE CARD,   PO BOX 15298,   WILMINGTON, DE 19850-5298
517571797      +E-mail/Text: camanagement@mtb.com Jun 25 2018 23:36:24     M&TBANK,   PO BOX 900,
                 MILLSBORO, DE 19966-0900
517571803      +EDI: TSYS2.COM Jun 26 2018 03:13:00      MACYS DEPARTMENT STORES,   PO BOX8218,
                 MASON , OH 45040-8218
517571804      +EDI: MID8.COM Jun 26 2018 03:13:00      MIDLAND FUNDING LLC,   2365 NORTHSIDE DRIVE SUITE 300,
                 SAN DIEGO, CA 92108-2709
517571798      +EDI: NAVIENTFKASMSERV.COM Jun 26 2018 03:13:00      NAVIENT,   PO BOX 9500,
                 WILKES BARRE, PA 18773-9500
517571799       EDI: PRA.COM Jun 26 2018 03:13:00      PORTFOLIO RECOVERY,   120 CORPORATE BLVD STE 100,
                 NORFOLK, VA 23502
517573955      +EDI: RMSC.COM Jun 26 2018 03:13:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 10
```

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2018                              Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2018 at the address(es) listed below:
```
              Marie-Ann Greenberg    magecf@magtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    M&T Bank rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 3
```